

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAZOR SERVICES, INC and OVELIO QUERO, | § | No. 08-23-00252-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| JARED PENA, | § | (TC#21-10-24172-CVR) |
| Appellee. | | |

## MEMORANDUM OPINION

Before this Court is the parties' joint motion to dismiss this appeal and render judgment effectuating the parties' agreement pursuant to Texas Rules of Appellate Procedure 42.1(a)(1) and 42.1(a)(2)(A). In the motion, the parties state that they reached a resolution of the matter through mediation and attach a Rule 11 Agreement indicating that they have agreed to execute a settlement agreement and exchange a settlement payment, thereby obviating the need for this appeal.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of the appellant, a court may dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating

the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

The parties have not filed a settlement agreement with the clerk as required by Rule 42.1(a)(1); thus, this Court is prevented from rendering a judgment effectuating an agreement. Tex. R. App. P. 42.1(a)(1)(2). Instead, we invoke Rule 42.1(a)(2)(B) to accomplish the parties' request in their motion. Treating the parties' motion as seeking relief under Rule 42.1(a)(2)(B), we grant the motion and hereby set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.


LISA J. SOTO, Justice

December 18, 2023

Before Alley, C.J., Palafox, and Soto, JJ.

2